# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the Northern District of Illinois.

**Plaintiff(s):** TRUSTEES OF THE BRICKLAYERS AND ALLIED CRAFTSMEN LOCAL 74 FRINGE BENEFIT FUNDS,

**Defendant(s):** CJ PETERSON MASONRY LLC, an Illinois corporation

**County of Residence:** COOK

**County of Residence:** DEKALB

**Plaintiff's Atty:** Donald D. Schwartz
Arnold and Kadjan
19 W. Jackson Blvd., Suite 300
Chicago, IL 60604
312-236-0415

**Defendant's Atty:**

FILED
Jan 9, 2008
JAN - 9 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**II. Basis of Jurisdiction:** 3. Federal Question (U.S. not a party)

**III. Citizenship of Principle Parties**
(Diversity Cases Only)
Plaintiff:- N/A
Defendant:- N/A

**IV. Origin:** 1. Original Proceeding

**V. Nature of Suit:** 791 E.R.I.S.A

08CV0212
JUDGE ST.EVE
MAG.JUDGE NOLAN

**VI. Cause of Action:** This cause of action is for underfunding of various trust funds administered by the Plaintiffs and arises under Section 301 of the National Labor Relating Act, U.S.C. Chapter 7 Section 185(a) and ERISA, 29 U.S.C. Section 1132 and 1145

**VII. Requested in Complaint**
Class Action: No
Dollar Demand:
Jury Demand: No

**VIII.** This case IS NOT a refiling of a previously dismissed case. (If yes case number _____ by Judge _____)

Signature: /s/ Donald Schwartz

Date: 1/8/08