AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

TRUSTEES OF THE BRICKLAYERS AND
ALLIED CRAFTSMEN LOCAL 74 FRINGE
BENEFIT FUNDS,

    Plaintiffs,

V.

CJ PETERSON MASONRY LLC,
AN ILLINOIS CORPORATION

    Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**08CV0212
JUDGE ST.EVE
MAG.JUDGE NOLAN**

TO: (Name and address of Defendant)

CJ Peterson Masonry LLC
C/o its registered agent, Charles R. Peterson
703 Glenda Court
Sandwich, IL 60548

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    Donald D. Schwartz
    Arnold and Kadjan
    19 West Jackson Blvd., Suite 300
    Chicago, IL 60604
    (312) 236-0415

an answer to the complaint which is herewith served upon you, within   20   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

JAN - 9 2008

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | JANUARY 28, 2008 AT 6:00 AM |
| NAME OF SERVER (PRINT) SCOTT POCIUS OF THE ARGUS AGENCY, INC | TITLE INVESTIGATOR |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: CJ PETERSON MASONRY LLC C/O ITS REGISTERED AGENT - CHARLES R. PETERSON AT HIS PERSONAL RESIDENCE - 703 GLENDA COURT (LAKE HOLIDAY), SANDWICH, HE CAN BE DESCRIBED AS A M/W, 31 YEARS, DB HAIR, THIN MUSTACHE

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 1/28/08
Date

Signature of Server: Scott Pocius

Address of Server:
THE ARGUS AGENCY INC.
1480 RENAISSANCE DR. STE 208
PARK RIDGE IL 60068

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.