IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE BRICKLAYERS AND ALLIED CRAFTSMEN LOCAL 74 FRINGE BENEFIT FUNDS, <br><br> Plaintiffs, <br><br> v. <br><br> CJ PETERSON MASONRY LLC, an Illinois corporation, <br><br> Defendant. | ) <br> ) <br> ) <br> ) No. 08 C 0212 <br> ) <br> ) Judge St. Eve <br> ) <br> ) Magistrate Judge Nolan <br> ) <br> ) <br> ) <br> ) |

## MOTION FOR ORDER OF DEFAULT AND AUDIT

Plaintiffs, by one of their attorneys, DONALD D. SCHWARTZ and ARNOLD and KADJAN, pursuant to F.R.C.P. 55, respectfully request this Honorable Court to enter an Order of Default as to liability in favor of Plaintiffs and against Defendant, CJ PETERSON MASONRY LLC.

In support thereof, Plaintiffs state

1. This case was filed on January 9, 2008.

2. Defendant was served with Summons and Complaint on January 28, 2008 as shown on the return of service previously filed.

3. In excess of 20 days have expired since Service of Process, however, Defendant has failed to file an answer or otherwise plead.

**WHEREFORE**, Plaintiffs move this Court to:

1. Enter an Order of Default against Defendant.

2. Order Defendant to submit its records for an audit for the period January 1, 2004 through to the present.

Respectfully submitted,

TRUSTEES OF THE BRICKLAYERS AND
ALLIED CRAFTSMEN LOCAL 74 FRINGE
BENEFIT FUNDS


s/ Donald D. Schwartz
One of their Attorneys

Donald D. Schwartz
**ARNOLD AND KADJAN**
19 West Jackson Boulevard
Chicago, Illinois 60604
(312) 236-0415