IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE BRICKLAYERS AND ALLIED CRAFTSMEN LOCAL 74 FRINGE BENEFIT FUNDS, | )<br>)<br>)<br>) No. 08 C 0212 |
| Plaintiffs, | )<br>) Judge St. Eve |
| v. | )<br>) Magistrate Judge Nolan |
| CJ PETERSON MASONRY LLC, an Illinois corporation, | )<br>)<br>) |
| Defendant. | ) |

**NOTICE OF MOTION**

**TO:**  CJ Peterson Masonry LLC
c/o its Registered Agent, Charles R. Peterson
703 Glenda Court
Sandwich, IL 60548

**PLEASE TAKE NOTICE** that on **March 10, 2008**, at **8:30 a.m.** or as soon hereafter as Counsel may be heard, I shall appear before the **Honorable Judge St. Eve, Room 1241** in the Courtroom usually occupied by her in the Federal District Court, 219 S. Dearborn Street, Chicago, Illinois, and then and there move and present the attached Motion for Order of Default and Audit.

TRUSTEES OF THE BRICKLAYERS AND
ALLIED CRAFTSMEN LOCAL 74 FRINGE
BENEFIT FUNDS

s/ Donald D. Schwartz
One of their Attorneys

Donald D. Schwartz
**ARNOLD AND KADJAN**
19 West Jackson Boulevard
Chicago, IL 60604
(312) 236-0415

**PROOF OF SERVICE**

I hereby certify that on February 22, 2008 I electronically filed the foregoing Notice of Motion and Motion for Order of Default and Audit with the Clerk of the Court using the CM/ECF system and to the following by U.S. Mail, postage prepaid:

CJ Peterson Masonry LLC
c/o its Registered Agent, Charles R. Peterson
703 Glenda Court
Sandwich, IL 60548

**s/Donald D. Schwartz**
ARNOLD AND KADJAN
19 W. Jackson Blvd., Suite 300
Chicago, IL 60604
Telephone No.: (312) 236-0415
Facsimile No.: (312) 341-0438
Dated: February 22, 2008

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| TRUSTEES OF THE BRICKLAYERS AND ALLIED CRAFTSMEN LOCAL 74 FRINGE BENEFIT FUNDS, | )<br>)<br>)<br>) No. 08 C 0212 |
| Plaintiffs, | )<br>) Judge St. Eve |
| v. | )<br>) Magistrate Judge Nolan |
| CJ PETERSON MASONRY LLC, an Illinois corporation, | )<br>)<br>) |
| Defendant. | ) |

**MOTION FOR ORDER OF DEFAULT AND AUDIT**

Plaintiffs, by one of their attorneys, DONALD D. SCHWARTZ and ARNOLD and KADJAN, pursuant to F.R.C.P. 55, respectfully request this Honorable Court to enter an Order of Default as to liability in favor of Plaintiffs and against Defendant, CJ PETERSON MASONRY LLC.

In support thereof, Plaintiffs state

1. This case was filed on January 9, 2008.

2. Defendant was served with Summons and Complaint on January 28, 2008 as shown on the return of service previously filed.

3. In excess of 20 days have expired since Service of Process, however, Defendant has failed to file an answer or otherwise plead.

**WHEREFORE**, Plaintiffs move this Court to:

1. Enter an Order of Default against Defendant.

2. Order Defendant to submit its records for an audit for the period January 1, 2004 through to the present.

        Respectfully submitted,

        TRUSTEES OF THE BRICKLAYERS AND
        ALLIED CRAFTSMEN LOCAL 74 FRINGE
        BENEFIT FUNDS


        <u>s/ Donald D. Schwartz</u>
        One of their Attorneys

Donald D. Schwartz
**ARNOLD AND KADJAN**
19 West Jackson Boulevard
Chicago, Illinois 60604
(312) 236-0415