## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.0**
## Eastern Division

Trustees of the Bricklayers and Allied Craftsmen
Local 74 Fringe Benefit Funds

Plaintiff,

v.

Case No.:
1:08−cv−00212

Honorable Amy J. St. Eve

CJ Peterson Masonry LLC

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 10, 2008:

MINUTE entry before Judge Amy J. St. Eve :MOTION by Plaintiff Trustees of the Bricklayers and Allied Craftsmen Local 74 Fringe Benefit Funds for order of Default and Audit [9] is granted; Status hearing held on 3/10/2008. Status hearing set for 3/11/2008 is stricken.Status hearing set for 5/8/2008 at 08:30 AM.Mailed notice(tmh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.