Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Amy J. St. Eve | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 C 212 | DATE | 3/12/2008 |
| CASE TITLE | Trustees vs. CJ Peterson Masonry, LLC | | |

**DOCKET ENTRY TEXT**

Enter Order for default and audit as to Defendant CJ Peterson Masonry, LLC.

■ [ For further detail see separate order(s).]   Docketing to mail notices.

| | Courtroom Deputy Initials: | TH |
|---|---|---|