UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

TRUSTEES OF THE BRICKLAYERS LOCAL 74, et al

v.

CJ PETERSON MASONRY LLC

Case # 08 C 212

## AFFIDAVIT OF SPECIAL PROCESS SERVER

SCOTT POCIUS, an investigator with The Argus Agency, Inc., a licensed Illinois private detective agency (IL license # 117-000215), located at 1480 Renaissance Drive, Suite 208, Park Ridge, IL 60068, hereby states as follows:

1. That I served the within ORDER TO PRODUCE RECORDS on the within named CJ PETERSON MASONRY LLC C/O ITS REGISTERED AGENT- CHARLES R. PETERSON by personally serving a copy to the individual on APRIL 14, 2008

2. That the sex, race and approximate age of the person with whom the above document was served upon were as follows:

   sex M  race W  approximate age 32  other THIN MUSTACHE, DARK BROWN HAIR

That the place where and the date and time when the above document was served upon the person were as follows:

place PERSONAL RESIDENCE - 703 GLENDA COURT, SANDWICH, IL 60548
date 4/14/08   time 6:45 PM

Under the penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true

_Scott Pocius_
Special Process Server