Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Amy J. St. Eve | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 212 | **DATE** | 5/30/2008 |
| **CASE TITLE** | Trustess vs. CJ Peterson Masonry, LLC | | |

**DOCKET ENTRY TEXT**

Enter Rule to Show Cause Order. Charles Peterson is ordered to appear in courtroom 1241 on 7/7/2008 at 8:30 AM for failure to abide by the court's order of 3/12/2008.

■ [ For further detail see separate order(s).]   Docketing to mail notices.

| | Courtroom Deputy Initials: | TH |
|---|---|---|

08C212 Trustess vs. CJ Petersen Masonry, LLC   Page 1 of 1