MHN

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE BRICKLAYERS AND ALLIED CRAFTSMEN LOCAL 74 FRINGE BENEFIT FUNDS,<br><br>  Plaintiffs,<br><br>v.<br><br>CJ PETERSON MASONRY LLC, an Illinois corporation,<br><br>  Defendant. | )<br>)<br>)<br>)  No. 08 C 0212<br>)<br>)  Judge St. Eve<br>)<br>)  Magistrate Judge Nolan<br>)<br>)<br>)<br>) |

### ORDER

**IT IS HEREBY ORDERED THAT:**

1. A Rule to Show Cause is hereby entered and made returnable on CHARLES PETERSON for his failure to comply with this Court's order dated March 12, 2008.

2. CHARLES PETERSON is ordered to appear in court July 7, 2008 at 8:30 a.m. Room 1241 and show cause, if any he has for failure to abide by the court's order of March 12, 2008.

Dated: May 30, 2008

Enter: _____
HONORABLE JUDGE ST. EVE

Donald D. Schwartz
**ARNOLD AND KADJAN**
19 West Jackson Blvd.
Chicago, Illinois 60604
(312) 236-0415