UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Trustees of the Bricklayers and Allied Craftsmen
Local 74 Fringe Benefit Funds

                Plaintiff,

v.

                Case No.: 1:08−cv−00212

                Honorable Amy J. St. Eve

CJ Peterson Masonry LLC

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, August 5, 2008:

    MINUTE entry before the Honorable Amy J. St. Eve:Show cause hearing held on 8/5/2008. Plaintiffs' oral motion to dismiss rule to show cause is granted. Status hearing set for 9/4/2008 at 08:30 AM.Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.