## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.2
### Eastern Division

Trustees of the Bricklayers and Allied Craftsmen
Local 74 Fringe Benefit Funds

                Plaintiff,

v.                              Case No.: 1:08−cv−00212

                              Honorable Amy J. St. Eve

CJ Peterson Masonry LLC

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 8, 2008:

    MINUTE entry before the Honorable Amy J. St. Eve:Status hearing held on 9/8/2008 and continued to 10/23/08 at 8:30 a.m. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.